United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE CARPENTER

        Plaintiff,

    v.

AIR NEW ZEALAND LIMITED,

        Defendant.

Case No.  15-cv-04034-EMC

**ORDER RE: ATTENDANCE AT ENE**

Date:  June 1, 2016
ENE Evaluator:  James Tamulski

    IT IS HEREBY ORDERED that the request to excuse Air New Zealand from appearing altogether for the June 1, 2016, ENE session before James Tamulski is GRANTED.  It is also hereby ordered that the request to excuse insurance representative, Brenden Lumb, from appearing in person at the June 1, 2016, ENE session before James Tamulski is GRANTED.  The insurance representative shall participate actively for the duration of the ENE session by joining telephonically as set forth in ADR L.R. 5-10(f), regardless of the time difference between California and London.

    **IT IS SO ORDERED**.

Dated:  May 20, 2016

_____
Maria-Elena James
United States Magistrate Judge