1  R. Boone Callaway (#126664)
   *boone@callawayandwolf.com*
2  Nathaniel M. Leeds (#246138)
   *nathaniel@callawayandwolf.com*
3  **CALLAWAY & WOLF**
   150 Post Street, Suite 600
4  San Francisco, CA 94108
   Telephone:    (415) 541-0300
5  Facsimile:    (415) 777-6262

6  Attorneys for Plaintiff Bruce Carpenter

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 Bruce Carpenter,                    )    CASE:        15-cv-04034-EMC
                                       )
13               Plaintiff,            )    **NOTICE OF SETTLEMENT**
                                       )
   vs.                                 )    ORDER RESETTING STATUS FROM
14                                     )    7/21/16 to 9/1/16 at 10:30 a.m.
   Air New Zealand Limited, and        )
15 Does 1 through 25, inclusive,       )
                                       )
16               Defendants.           )
                                       )
17                                     )
   _____    )
18

19     Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has

20 been settled, and to request 60 days in which to file the dismissal.

21

22

23 Dated: June 15, 2016          By:   /s/ *R. Boone Callaway*
                                       R. Boone Callaway
24                                     Attorneys for Plaintiff
   IT IS SO ORDERED that the 7/21/16 status
25 conference is reset to 9/1/16 at 10:30 a.m.

26 _____

27 Edward M. Chen

28 U.S. District Judge

NOTICE OF SETTLEMENT

1