R. Boone Callaway (State Bar No.: 126664)
boone@callawayandwolf.com
Nathan M. Leeds (State Bar No.: 246138)
nathaniel@callawayandwolf.com
CALLAWAY & WOLF
150 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 541-0300
Facsimile: (415) 777-6262
Attorneys for Plaintiff
BRUCE CARPENTER

- and -

Scott D. Cunningham (State Bar No.: 200413)
scunningham@condonlaw.com
Ivy L. Nowinski (State Bar No.: 268564)
inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
AIR NEW ZEALAND LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Carpenter,<br><br>          Plaintiff,<br><br>     vs.<br><br>Air New Zealand Limited, a California corporation, and Does 1 through 25, inclusive<br><br>               Defendants. | Case No. 15-cv-04034-EMC<br><br>**STIPULATION TO DISMISS ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the entire action shall be dismissed with prejudice pursuant to FRCP 41(a)(1).

STIPULATION
CASE NO.: 15-cv-04034-EMC

1   It is further stipulated by and between the parties to this action through their
2   designated counsel that each side shall bear its own costs and fees.

3

4

5   Dated: August 26, 2016                         By:  /s/  R. Boone Callaway
                                                   R. Boone Callaway
6                                                  Attorneys for Plaintiff

7

8   Dated: August 26, 2016                         By:  /s/ Ivy L. Nowinski
                                                   Ivy L. Nowinski
9                                                  Attorneys for Defendants

10

11   IT IS SO ORDERED.  The Clerk of the Court shall close this
12   case.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*

STIPULATION
CASE NO.: 15-cv-04034-EMC                        - 2 -